## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

v.                          NO. 4:07cr00247-003  SWW

BILLY LEE LOGAN

### ORDER

The United States Probation Office has requested that the Court modify the Judgment and Commitment filed November 8, 2008 [doc #123], page 4 of 6, condition #3, to read as follows:

> *If deemed necessary, defendant shall participate in mental health counseling which shall include anger management under the guidance and direction of the U. S. Probation Office.*

All other terms and conditions of defendant's Judgment and Commitment shall remain unchanged and in full force and effect.

IT IS SO ORDERED, this 12TH DAY OF NOVEMBER 2008.

                              /s/Susan Webber Wright
                              United States District Judge