PROB 12B
ED/AR (8/2002)

# United States District Court
## for the
## Eastern District of Arkansas

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT -5 2010

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Billy Lee Logan                             Case Number: 4:07CR00247-003

Name of Sentencing Judicial Officer:    Honorable Susan Webber Wright
                                        United States District Judge

Offense:            Conspiracy to possess counterfeit securities

Date of Sentence:   October 30, 2008

Sentence:           Bureau of Prisons (time served), 3 years supervised release, 4 months home detention with electronic monitoring, cost to be paid by the United States Probation Office and must be in place within 3 months from sentencing date, drug testing, substance abuse treatment, mental health treatment, DNA testing, maintain or actively seeking employment, financial conditions and reside in Searcy or Kensett, Arkansas, area during term of supervision, unless a change is authorized by the U.S. Probation Office, $35,526.72 restitution and $100 special penalty assessment

Type of Supervision:   Supervised Release      Date Supervision Commenced: October 30, 2008
                                               Expiration Date: October 29, 2011

Asst. U.S. Attorney: Jana Harris                Defense Attorney: To be determined

U.S. Probation Officer: Dwayne M. Ricks
Phone No.: 501-604-5273

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

> The defendant shall make monthly restitution payment in the amount of $50 per month until paid in full.

## CAUSE

Mr. Logan was initially required by the Court to make restitution payments in the amount of ten percent of his gross monthly income. Since being on supervised release, he has made only two payments totaling $65. Mr. Logan was employed by Haynie Construction Company in Searcy, Arkansas, as a laborer, but was recently terminated. Prior to being terminated, Mr. Logan indicated he was having financial difficulties and was given a Prob 48B Monthly Cash Flow Statement to complete and return. After reviewing this form and speaking to Mr. Logan, it was determined that he was unable to submit the amount of restitution ordered by the Court. On August 16, 2010, Mr. Logan signed the attached Prob 49 waiving his rights to a hearing and agreeing to modify his conditions to reduce his restitution payments

Prob 12B                                   -2-                      Request for Modifying the
                                                                    Conditions or Terms of Supervision
                                                                    with Consent of the Offender

Name of Offender: Billy Lee Logan                              Case Number: 4:07CR00247-003

to $50 per month. Assistant Federal Public Defender Lisa Peters has reviewed the modification with Mr. Logan. Mr. Logan has also agreed to start making his monthly restitution payments as soon as he gains employment.

_____            _____
Dwayne M. Ricks                            Jana Harris
U.S. Probation Officer                     Assistant U.S. Attorney

Date: 9/15/10                              Date: 9/22/10

This form is to be filed with Criminal Docketing as a motion.

THE COURT ORDERS:

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[✔]  The Modification of Conditions as Noted Above
[ ]  Other

_____
Signature of Judicial Officer

10-5-10
Date

This form is to be filed with Criminal Docketing as an order and/or petition.

Approved:

_____
Supervising U.S. Probation Officer

DMR/kyj

c:  Federal Public Offender Office, 1401 West Capitol Avenue, Suite 490, Little Rock, AR 72201
    Assistant U.S. Attorney, Jana Harris, P.O. Box 1229, Little Rock, AR 72203

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF ARKANSAS

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant shall make monthly restitution payments in the amount of $50 per month until paid in full.

Witness: _____   Signed: _____
U.S. Probation Officer                       Probationer or Supervised Releasee

08/16/10
DATE

_____
Lisa G. Peters
Assistant Federal Defender